# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KONYA SANDS LLC                                                    PLAINTIFF

v.                              No. 3:25-cv-201-DPM

AMERICAN SILICA, LLC                                              DEFENDANT

## ORDER

1.    Unopposed motion, *Doc. [22]*, granted as modified.   Rule 26(f) report due by 29 May 2026.

2.    Konya Sands LLC must retain new counsel.   That lawyer must enter an appearance by 15 May 2026.   If no new lawyer appears by that date, the Court will dismiss this case without prejudice.   Fed. R. Civ. P. 41(b).

3.    The Court directs Konya Sands's current counsel to send this Order to Konya Sands's managing member (or other officer in charge) by U.S. Mail (certified, return receipt required), regular first-class mail, and email.   Konya Sands's current counsel must file a notice of service with all details by 13 April 2026.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2026