IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KONYA SANDS LLC                                             PLAINTIFF

v.                              No. 3:25-cv-201-DPM

AMERICAN SILICA, LLC                                        DEFENDANT

## ORDER

Konya Sands LLC's time to retain new counsel has passed. *Doc. 23.* The Court will dismiss the case without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b). The motion to dismiss, *Doc. 10*, is denied as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2026