## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KONYA SANDS LLC                                                    PLAINTIFF

v.                                    No. 3:25-cv-201-DPM

AMERICAN SILICA, LLC                                              DEFENDANT

## JUDGMENT

Konya Sands LLC's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2026